## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE WAUGH,<br><br>              Plaintiffs,<br><br>v.<br><br>RIGNET, INC., JAMES H. BROWNING, GAIL SMITH, STEVEN E. PICKETT, KEVIN J. O'HARA, MATTIA CAPRIOLI, DITLEF DE VIBE, KEVIN MULLOY, KEITH OLSEN, and BRENT K. WHITTINGTON,<br><br>              Defendants. | Civil Action No. 1:21-cv-01638-JPO |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Christine Waugh hereby voluntarily dismisses her claims in the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 25, 2021

                                                    Respectfully submitted,

                                                    By: */s/ Joshua M. Lifshitz*
                                                    Joshua M. Lifshitz
                                                    Email: jml@jlclasslaw.com
                                                    **LIFSHITZ LAW FIRM, P.C.**
                                                    1190 Broadway
                                                    Hewlett, New York 11557
                                                    Telephone: (516) 493-9780
                                                    Facsimile: (516) 280-7376

2

*Attorneys for Plaintiff*